KATE F. CUTNER, Respondent, v. THE AMALGAMATED BANK OF NEW YORK and PARAMOUNT HOLDING CORPORATION, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

AUGUSTA PEABODY, Respondent, v. GEORGE LEVEENE, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

LOUIS A. KISSLING and Others, as Trustees of the Community Recovery Fund of the MOUNT VERNON TRUST COMPANY, an Unincorporated Association, Respondents, v. WILLIAM D. CHAPMAN and FLORENCE M. CHAPMAN, Individually and as Sole Executors and Sole Legatees and Distributees of the Estate of WILLIAM L. CHAPMAN, Deceased, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

LEE SKIPWITH, as a Stockholder of PHŒNIX SECURITIES CORPORATION, Suing, etc., Appellant, v. PHŒNIX SECURITIES CORPORATION, Defendant, Impleaded with WALLACE GROVES and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MORRIS H. SIEGEL, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and deny the motion.

OTTILIA REALTY CORP., Respondent, v. CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.